RONALD D. ALBERTS (SBN: 100017)
TINO X. DO (SBN: 221346)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
ralberts@gordonrees.com
tdo@gordonrees.com

Attorneys for Defendant
HUMANA INSURANCE COMPANY

Glenn R. Kantor (SBN: 122643)
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
Andrew M. Kantor (303093)
 E-Mail: AKantor@Kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JOYCE CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CLARK,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HUMANA INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. 3:15-CV-02215 EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION; [PROPOSED] ORDER ON STIPULATION**<br><br>Complaint Filed: May 18, 2015 |

TO THE HONORABLE COURT:

　　The parties hereto, Plaintiff JOYCE CLARK ("Plaintiff") and Defendant HUMANA INSURANCE COMPANY ("Humana"), by and through their respective counsel of record, hereby stipulate as follows:

　　WHEREAS, Plaintiff filed her Complaint on May 18, 2015, and Humana filed its Answer on July 17, 2015.

1  WHEREAS, the Parties conducted a Case Management Conference on November 17, 2015, and informed the Court that they had agreed to participate in private mediation following the production of necessary medical records.

WHEREAS, following the November 17, 2015 Case Management Conference, the Court issued a Minute Order that referred the case to private mediation, and directed the Parties to complete mediation within 90 days, or by February 15, 2016.

WHEREAS, Plaintiff obtained the medical records and produced them to Humana on or about December 15, 2015, and Humana has been reviewing the medical records.

WHEREAS, the Parties have agreed upon Martin Quinn as mediator and are scheduling the mediation now, but will not be able to complete mediation by February 15, 2016.

WHEREAS, the Parties seek to extend the deadline to complete private mediation by forty-five (45) days, or until March 30, 2016, to permit them sufficient time to conduct a meaningful mediation and attempt to resolve this case.

IT IS HEREBY STIPULATED by and between Plaintiff and Humana through their respective counsel of record that the deadline for the Parties to complete mediation is extended up to March 30, 2016.

IT IS SO STIPULATED

Dated: February 12, 2016          KANTOR & KANTOR, LLP

                                  By   /s/ Andrew M. Kantor
                                      Glenn R. Kantor
                                      Andrew M. Kantor
                                  Attorneys for Plaintiff
                                  JOYCE CLARK

Dated: February 12, 2016          GORDON & REES LLP

                                  By   /s/ Tino X. Do
                                      Ronald D. Alberts
                                      Tino X. Do
                                  Attorneys for Defendant
                                  HUMANA INSURANCE COMPANY

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ATTESTATION OF E-FILED SIGNATURE**

I, Tino X. Do, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Time to Complete Mediation. In compliance with Local Rule 5-1(i), I hereby attest that Andrew M. Kantor, counsel for Plaintiff Joyce Clark, has concurred in this filing.

Dated: February 12, 2016                  */s/ Tino X. Do*
                                                          Tino X. Do

**ORDER**

Pursuant to stipulation, the Parties are directed to complete mediation by March 30, 2016.

IT IS SO ORDERED.   Further CMC is reset from 3/17/16 to 4/21/16 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 4/14/16.

Dated:  2/16/16                                      _____
                                                                  EDWARD M. CHEN
                                                                  United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1106832/26658866v.1

3                    CASE NO.  3:14-CV-02215 EMC
JOINT STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION; ORDER ON STIPULATION