Glenn R. Kantor - SBN: 122643
  E-mail: gkantor@kantorlaw.net
Andrew M. Kantor – SBN: 303093
  E-mail: akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
Joyce Clark

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>HUMANA INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 3:15-CV-02215 EMC<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of the above entitled action. It is anticipated that a Stipulation for Dismissal will be filed within thirty (30) days.

The Court is thereby respectfully requested to vacate all court dates.

DATED:  March 25, 2016                                    KANTOR & KANTOR, LLP

By:    /s/ Glenn R. Kantor
       Glenn R. Kantor
       Attorneys for Plaintiff,
       Joyce Clark

IT IS SO ORDERED that the Further CMC is reset from 4/21/16 to 6/9/16 at 10:30 a.m.  An updated joint CMC statement shall be filed by 6/2/16.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
MODIFIED
Judge Edward M. Chen

1
NOTICE OF SETTLEMENT