Glenn R. Kantor - SBN: 122643
  E-mail: gkantor@kantorlaw.net
Andrew M. Kantor – SBN: 303093
  E-mail: akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
Joyce Clark


RONALD K. ALBERTS  (SBN:  100017)
TINO X. DO  (SBN:  221346)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
ralberts@gordonrees.com
tdo@gordonrees.com

Attorneys for Defendant
HUMANA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CLARK,<br><br>             Plaintiff,<br><br>    vs.<br><br>HUMANA INSURANCE COMPANY,<br><br>             Defendants. | Case No.: 3:15-CV-02215 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant by and through their attorneys of record that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated:  May 31, 2016                              KANTOR & KANTOR, LLP

                                                                  By:     */s/ Glenn R. Kantor*
                                                                            Glenn R. Kantor
                                                                            Attorneys for Plaintiff,
                                                                            JOYCE CLARK

Dated:  May 31, 2016                              GORDON & REES LLP

                                                                  By:     /s/ Ronald K. Alberts
                                                                            Ronald K. Alberts
                                                                            Attorneys for Defendant,
                                                                            HUMANA INSURANCE COMPANY

**ATTESTATION OF E-FILED SIGNATURE**

I, Glenn R. Kantor, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order for Dismissal of Entire Action with Prejudice.  In compliance with Local Rule 5-1(i), I hereby attest that Ronald K. Alberts, counsel for Defendant Humana Insurance Company, has concurred in this filing.

Dated:  May 31, 2016                              /s/ Glenn R. Kantor
                                                                  Glenn R. Kantor

## **ORDER**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

**IT IS SO ORDERED.**

Dated:   6/3/16



IT IS SO ORDERED

Judge Edward M. Chen

---

3
STIPULATION AND PROPOSED ORDER FOR DISMISSAL